LILLIE SACHS, PLAINTIFF-RESPONDENT, v. COMMERCIAL INSURANCE COMPANY OF NEWARK, NEW JERSEY, A NEW JERSEY CORPORATION, DEFENDANT-APPELLANT.

Superior Court of New Jersey
Appellate Division

Argued May 30, 1973—Decided June 18, 1973.

Before Judges KOLOVSKY, MATTHEWS and CRAHAY.

*Mr. Floyd F. Lombardi* argued the cause for appellant (*Messrs. DeSevo, Cerutti & Lombardi,* attorneys).

*Mr. Frank S. Wexler* argued the cause for respondent (*Messrs. Wexler and Guida,* attorneys).

PER CURIAM. The judgment is affirmed for the reasons expressed by Judge Larner.